# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Securities and Exchange Commission,   Case No. 1:12mc67

    Plaintiff

vs.

Christopher Sells,

    Defendant.

## ORDER

Counsel are ordered to provide a written status report on or before April 30, 2013 regarding the production of documents and other materials pursuant to this Court's order of December 10, 2012 and state why this case should not be administratively closed.

*/s/ Stephanie K. Bowman*
United States Magistrate Judge